IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALVIN C. JOHNSON,

    Petitioner,               No. CIV S-03-0479 MCE GGH P

    vs.

TOM L. CAREY, et al.,

    Respondents.          <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 11, 2005, petitioner filed objections and a request for the name of his appointed counsel. Petitioner is informed that he may only communicate with the court through his counsel. Accordingly, the documents filed by petitioner on April 11, 2005, are disregarded.[1]

/////

/////

/////

/////

---

[1] Petitioner's counsel is Michael Bigelow, 428 J Street, Suite 350, Sacramento, California, 95814.

1

1  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
2  serve a copy of this order on petitioner: Calvin C. Johnson, E-06334, P.O. Box 4000, Vacaville,
3  California, 95696.
4  DATED: 4/22/05

5  /s/ Gregory G. Hollows

6  GREGORY G. HOLLOWS
   UNITED STATES MAGISTRATE JUDGE
7

8  ggh:kj
   john479.ord