IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALVIN C. JOHNSON,  No. CIV-S-03-0479 MCE/GGH P

    Petitioner,

  v.  ORDER

TOM L. CAREY, Warden, ET AL.,

    Respondents.

    /

    Petitioner, a state prisoner proceeding with counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On January 14, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On May 16, 2005, petitioner's counsel filed objections.

1

However, these objections do not address any of the claims that the magistrate judge recommended be denied.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 14, 2005, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is denied in part. All claims are denied save for petitioner's ineffective assistance of counsel claim related to trial counsel's failure to raise a competency issue.

DATED: July 26, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner himself has filed objections. However, because petitioner is represented by counsel, these objections are disregarded.

2