IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALVIN C. JOHNSON,

    Petitioner,               No. CIV S-03-0479 MCE GGH P

    vs.

TOM L. CAREY, et al.,

    Respondents.          <u>ORDER</u>

_____/

        On September 1, 2005, respondent filed a motion for discovery. Accordingly, IT IS HEREBY ORDERED that on or before September 29, 2005, petitioner shall file either a statement of non-opposition or opposition to respondent's motion for discovery.

DATED: 9/13/05

                                         /s/ Gregory G. Hollows
                                         _____
                                         GREGORY G. HOLLOWS
                                         UNITED STATES MAGISTRATE JUDGE

ggh:kj
john479.brf

1