IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN C. JOHNSON,<br><br>                      Petitioner,<br><br>   v.<br><br>TOM L. CAREY,<br><br>                     Respondent. | CIV S-03-0479 MCE GGH P<br><br>[~~PROPOSED~~] ORDER |

IT IS HEREBY ORDERED THAT:

Pursuant to Rules Governing § 2254 Cases, Rule 6, Respondent's September 1, 2005, request to conduct specified discovery in this matter is hereby granted.

Dated: Sept. 27, 2005

GREGORY G. HOLLOWS
_____
HONORABLE GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE