IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALVIN C. JOHNSON,

    Petitioner,                    No. CIV S-03-0479 MCE GGH P

  vs.

TOM L. CAREY, et al.,

    Respondent.                <u>ORDER</u>

_____/

       Pending before the court is respondent's unopposed request to continue the evidentiary hearing set for February 6, 2006.  Good cause appearing, this request is granted.

       Accordingly, IT IS HEREBY ORDERED that the evidentiary hearing set for February 6, 2006, is vacated and re-set for June 5, 2006, at 9:00 a.m.

DATED: 1/6/06

                                       /s/ Gregory G. Hollows

                                       GREGORY G. HOLLOWS
                                       UNITED STATES MAGISTRATE JUDGE

ggh:kj
john479.ord