IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALVIN C. JOHNSON,  No. 2:03-cv-0479-MCE-GGH-P

    Petitioner,

    v.  <u>ORDER</u>

TOM L. CAREY, et al.,

    Respondents.

_____/

    Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On September 26, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations as well as a request for leave to file late objections. Good cause appearing, petitioner's objections are deemed timely. Respondent has also filed a reply to the objections.

///

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  Petitioner's October 18, 2006, application for leave to file late objections is granted; petitioner's objections are deemed timely;

2.  The findings and recommendations filed September 26, 2006, are adopted in full; and

3   Petitioner's claim that counsel was ineffective for failing to raise a competency issue is denied; and judgment is entered.

DATED: November 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE