1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CALVIN C. JOHNSON,                    No. 2:03-cv-0479-MCE-GGH-P

12          Petitioner,

13      v.                                 ORDER

14   TOM L. CAREY, et al.,

15          Respondents.

16   _____/

17       Petitioner, a state prisoner through counsel, has timely

18   filed a Notice of Appeal of this Court's November 8, 2006, denial

19   of his Application for a Writ of Habeas Corpus.  Before

20   Petitioner can appeal this decision, a certificate of

21   appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P.

22   22(b).

23       A certificate of appealability may issue under 28 U.S.C.

24   § 2253 "only if the applicant has made a substantial showing of

25   the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

26   ///

1

1 The certificate of appealability must "indicate which specific

2 issue or issues satisfy" the requirement.  28 U.S.C.

3 § 2253(c)(3).

4     A certificate of appealability should be granted for any

5 issue that petitioner can demonstrate is "'debatable among

6 jurists of reason,'" could be resolved differently by a different

7 court, or is "'adequate to deserve encouragement to proceed

8 further.'" <u>Jennings v. Woodford</u>, 290 F.3d 1006, 1010 (9th Cir.

9 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

10     Petitioner has made a substantial showing of the denial of a

11 constitutional right in the following issue presented in the

12 instant petition:  Whether counsel was ineffective for failing to

13 raise a competency issue.

14     Accordingly, IT IS HEREBY ORDERED that a certificate of

15 appealability is issued in the present action.

16 DATED:  January 9, 2007

17

18

19 _____
   MORRISON C. ENGLAND, JR
20 UNITED STATES DISTRICT JUDGE

21

22

23

_____

24     [1]  Except for the requirement that appealable issues be
   specifically identified, the standard for issuance of a
25 certificate of appealability is the same as the standard that
   applied to issuance of a certificate of probable cause.
26 <u>Jennings</u>, at 1010.

2